**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DANIEL MEDINA REYES,

                Plaintiff,                21 **CIVIL** 372 (AEK)

-v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 27, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's motion for judgment on the pleadings is DENIED, and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
          September 28, 2022

                                                         **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                            **BY:**             K. Mango

                                                           _____
                                                           **Deputy Clerk**